■ In the Matter of the Estate of ROBERT BODKIN, Also Known as ROBERT C. BODKIN, Deceased. ROBIN P. GRAHAM, Preliminary Executor of ROBERT BODKIN, Also Known as ROBERT C. BODKIN, Deceased, Respondent; DAWN GUETTI et al., Appellants, et al., Respondent. (Appeal No. 2.) [7 NYS3d 923]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered September 9, 2013. The order denied the motion and supplemental motion of objectants to compel disclosure.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Bodkin* ([appeal No. 3] 128 AD3d 1526 [2015]). Present—Scudder, P.J., Centra, Peradotto and Valentino, JJ.